901 A.2d 951

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JAYSON
S. WILLIAMS, DEFENDANT–RESPONDENT.

June 13, 2006.

ORDERED that the motion for leave to appeal is granted.

901 A.2d 951

RAUL SANCHEZ, PETITIONER–RESPONDENT, v. NEW JERSEY
STATE PAROLE BOARD, RESPONDENT–PETITIONER.

June 19, 2006.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.